UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 5:25-CV-03166-SB-PVC | Date: | January 9, 2026 |
|---|---|---|---|

| Title: | Nen Van Tran et al v. Kristi Noem et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jonathan C. Aminoff | Erika Rojas |

**Proceedings: (Minutes of)** Application for Temporary Restraining Order and Preliminary Injunction [9] **(Held and completed)**

The Court heard from counsel regarding the status of the case and Petitioner's application for a temporary restraining order. The Court takes the matter under submission.

0:22