UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NEN VAN TRAN,

     Plaintiff,

v.

KRISTI NOEM et al.,

     Defendants.

Case No. 5:25-cv-03166-SB-PVC

ORDER DENYING AS MOOT EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. NO. 9] AND VACATING HEARING

Petitioner Nen Van Tran filed an ex parte application for temporary restraining order (TRO) on December 8, 2025, seeking his immediate release from immigration custody.  Dkt. No. 9.  The Court held hearings on December 23, 2025, January 9, 2026, and March 13, 2026.  On March 16, the government timely notified the Court that Petitioner was removed to Vietnam.  Dkt. No. 27.  The Court therefore orders:

1. The TRO application is denied as moot.

2. The March 20, 2026 hearing is vacated.

3. No later than 10:00 a.m. on March 20, Petitioner's counsel shall file a request for dismissal of the underlying habeas petition or show cause why the action should not be dismissed.  Failure to comply with this order will be construed as consent to dismissal without prejudice.

Date: March 18, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1