JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NEN VAN TRAN,

Plaintiff,

v.

KRISTI NOEM et al.,

Defendants.

Case No. 5:25-cv-03166-SB-PVC

FINAL JUDGMENT

For the reasons stated in the separate order denying as moot Petitioner Nen Van Tran's application for a temporary restraining order (Dkt. No. 28) entered March 18, 2026, it is ordered that the habeas petition is dismissed without prejudice.

This is a final judgment.

Date: July 14, 2026

Stanley Blumenfeld, Jr.
United States District Judge